AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RCVD USMS M/FL TAMPA 2024 MAY 28 11:52

MAY 23 2024 AM 2:12 FILED - USDC - FLMD - TPA

United States of America
v.
GREGORY DAVIS

*Defendant*

Case No. 8:24-cv-236-VMC-SPF

## ARREST WARRANT

SEALED

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GREGORY DAVIS ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 Conspiracy to commit wire fraud
18 U.S.C. § 1343 Wire fraud

AUG 23 2024 PM 3:36 FILED - USDC - FLMD - TPA

Date: 5/24/2024

Katrina M. Elliott
*Issuing officer's signature*

City and state: Tampa, FL

KATRINA ELLIOTT
ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 5-28-24, and the person was arrested on *(date)* 8/22/2024 at *(city and state)* Buffalo, NY.

Date: 8-22-24

*Arresting officer's signature*

Shane Eskildsen
*Printed name and title*