United States District Court
Middle District of Florida
Tampa Division

**United States of America,**

**v.** **No. 8:24-cr-00236-VMC-SPF**

**Gergory Davis and James Roberts,**

***Defendants.***

---

## Unopposed Motion for Special Admission and Emergency Unopposed Motion to Reschedule Appearance to Permit Voluntary Surrender

Terrence M. Connors, Esq., moves for special admission to represent defendants Gregory Davis and James Roberts, in this action, pursuant to Rule 2.01(c) of the Middle District of Florida, in order to reschedule the appearance scheduled for September 5, 2024, at 11 a.m., and to permit surrender on a voluntary basis on October 3, 2024 while both defendants seek to obtain counsel.

This motion is designated an emergency motion because the next appearance in this matter is scheduled for Mr. Davis on September 5, 2024, and one aspect of the relief requested in this motion is to reschedule that appearance. A ruling on this motion is requested on or before September 4, 2024.

In support of this motion declarant states as follows:

1. I am not a member of the Florida Bar.

2. I am a member in good standing of a bar of a United States district court; specifically, Western District of New York.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in any case in state or federal court in Florida in the last thirty-six months.

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

9. I am currently representing Gregory Davis and James Roberts, ("defendants") in connection with the production of documents in

response to a grand jury subpoena and now with this request to reschedule the September 5, 2024 appearance to permit the defendants to retain Florida counsel and voluntarily surrender.

10. The defendants have been cooperating with the production of documents requested by the government as part of its investigation, and both were recently indicted in the Middle District of Florida.

11. On August 22, 2024, the defendant Gregory Davis appeared for an Initial Appearance in Rule 5(c)(3) Proceedings before the Hon. Michael J. Roemer in the United States District Court for the Western District of New York.

12. With the government's consent, the defendant Gregory Davis was released on conditions on August 22, 2024. He voluntarily waived proceedings in the Western District of New York but reserved the right to all appropriate proceedings in the Middle District of Florida.

13. The defendant, Gregory Davis, is currently scheduled to appear in this Court before the Honorable Sean F. Flynn, United States Magistrate Judge, on September 5, 2024, at 2 p.m.

14. The defendant, James Roberts, has not been arrested nor processed and is not in the system but intends to voluntarily appear for processing as soon as possible.

15. Both defendants wish to voluntarily surrender, and they are looking to retain counsel in the Middle District of Florida.

16. The defendants respectfully request that this Court postpone the September 5, 2024 appearance to October 3, 2024, and permit the defendants to coordinate their voluntarily surrender in the Middle District of Florida with law enforcement on that date.

17. The defendants make this request both to permit them to obtain counsel in the Middle District of Florida and because the defendant, James Roberts, suffers from serious health issues and was, in fact, only recently released from the hospital.

18. If the next appearance in this case is postponed to October 3, 2024, the defendants expect that by that time they will have retained counsel in the Middle District of Florida.

19. On August 26, 2024, I spoke by telephone with Assistant United States Attorney Jay Hoffer, who consented to rescheduling the September 5, 2024 appearance to permit the defendants to voluntarily surrender in the Middle District of Florida. I did not discuss the proposed date, October 3, 2024, with AUSA Hoffer.

Dated: Buffalo, New York
September 3, 2024

*/s/ Terrence M. Connors*
CONNORS LLP
1000 Liberty Building
424 Main Street
Buffalo, New York 14202
(716) 852-5533
tmc@connorsllp.com

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party consents to my special admission and the relief requested in this motion with respect to rescheduling the September 5, 2024 appearance and permitting voluntary surrender.

*/s/ Terrence M. Connors*