UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:24-cr-236-VMC-SPF

JAMES ROBERTS and
GREGORY DAVIS

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of October 7, 2025 (Doc. 66), the parties herein state as follows:

1. Brief summary of the case's status:

On May 23, 2024, a grand jury in the Middle District of Florida returned an Indictment against Defendants James Roberts and Gregory Davis charging them with conspiracy to commit wire fraud and wire fraud, in violation of 18 U.S.C. §§ 1349 and 1343. Defendant Davis was arrested on August 22, 2024, in Buffalo, New York. Doc. 9. Defendant Roberts was arrested on September 23, 2024. Doc. 18. Both defendants were released on bond with particular conditions. Docs. 9 and 19. On or about November 20, 2024, the government produced voluminous discovery to defense counsel. A second discovery production occurred on or about September 17, 2025. The Court ordered a psychological evaluation for competency of Defendant Roberts. Doc. 62. Roberts received an evaluation but a final order of

competency is pending. The case is currently scheduled for the January 2026 trial term. Doc. 66.

2. Possibility of a plea agreement as to each defendant:

The possibility of a plea agreement is unknown at this time. The government provided defense counsel with plea agreements to review with their respective clients, and defense counsel requests additional time due to the defendants' health issues and the volume of discovery.

3. Number of days required for trial:

The parties estimate the trial to take three to four days to complete.

4. When the parties anticipate the case will be ready for trial and request for continuance:

Defense counsel for Defendants Roberts and Davis both request that the trial be continued until the March 2026 trial term for Defendant Roberts' competency to be determined, to complete a review of the voluminous discovery, and to meet with their clients to negotiate any potential resolution to the case. Additionally, both defendants have medical conditions that make in-person meetings difficult. If the case proceeds to trial, counsel for the government requests that both defendants be tried together to avoid duplicate trials. The government has no objection to the defendants' continuance.

5. Potential speedy trial problems:

Defense counsel for both Defendants Roberts and Davis waive speedy trial through March 31, 2026.

The United States has consulted with counsel for the defendants herein and the parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: <u>*/s/ Gregory D. Pizzo*</u>
Gregory D. Pizzo
Assistant United States Attorney
FL Bar No. 41914
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: gregory.pizzo@usdoj.gov

**U.S. v. Roberts et al.** **Case No. 8:24-cr-236-VMC-SPF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christopher DeLaughter, Esq.
AFD Laura Hastay, Esq.

By: */s/ Gregory D. Pizzo*

Gregory D. Pizzo
Assistant United States Attorney
FL Bar No. 41914
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: gregory.pizzo@usdoj.gov